## (May 4, 1982)

■ In the Matter of NEW YORK CITY TRANSIT AUTHORITY, Petitioner, v ANDREW R. TYLER, Respondent. — Proceeding for a writ of mandamus withdrawn, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Carro, Markewich, Silverman and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENNY VILLANI, Also Known as BENNY DE LLAMA, Appellant. — Judgment, Supreme Court, Bronx County (D. Sullivan, J.), rendered on October 1, 1980, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Kupferman, Ross, Markewich and Asch, JJ.